UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

CRIMINAL NO. 1:06CR086-P-D

v.

JUSTINA SUE CASE

## CITATION FOR CONTEMPT

Pursuant to 18 U.S.C. § 401(3) and Rule 42(b) of the Federal Rules of Criminal Procedure, the Court hereby finds and concludes that Peter Flowers, Esq., an attorney licensed in Louisiana practicing in this Court by leave of the Court, Pro Hac Vice, having received notice on September 28, 2006 of the time a place of a sentencing hearing for Justina Sue Case set on October 4, 2006 at 1:30 p.m., disobeyed the order of the Court by failing to appear for the sentencing without contacting the court beforehand thereby placing himself in contempt of this Court committed in the presence of the Court,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Peter Flowers, Esq. shall be and is hereby ordered to pay a fine in the amount of three hundred dollars ($300) by November 13, 2006, payable by check to the clerk of this court..

This the 12th day of October, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE